1
2
3
4

UNITED STATES DISTRICT COURT

5

EASTERN DISTRICT OF WASHINGTON

6

| THE CHARTER OAK FIRE INSURANCE COMPANY et al., | No. 2:12-CV-3138-LRS-1 |
|---|---|
| Plaintiffs, | **ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, a foreign insurer; and RAINIER STEEL INC., a Washington Corporation, | |
| Defendants. | |

Pursuant to the Amended Stipulation of the parties (ECF No. 30), the Clerk of the Court shall enter judgment of dismissal of the First Amended Complaint and the claims therein with prejudice and without costs or fees to any party.

The Clerk of this court shall enter this Order and judgment, forward copies to counsel, and close this file.

DATED this 15th day of April, 2016.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
SENIOR UNITED STATES DISTRICT JUDGE